UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ALEJANDRO CACERES AND LUZ
MARIE CACERES

CASE NO. 6:09-bk-07831-ABB
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
IN FAVOR OF CREDITOR, WELLS FARGO BANK, N.A.**

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, WELLS FARGO BANK, N.A., on August 26, 2009, docket No. 13. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant`s interest in the following property:

**THE EAST 1/2 OF LOTS 1 THROUGH 4, BLOCK 82, THE SEMINOLE LAND AND INVESTMENT COMPANY`S (INCORPORATED) MAP OF TOWN OF ST. CLOUD, ACCORDING TO THE OFFICIAL PLAT THEREOF, AS RECORDED IN PLAT BOOK "B", PAGES 33 AND 34 OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.**

**a/k/a 2301 7TH ST, SAINT CLOUD, FL 34769**

2. The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the real property, and that Movant shall not obtain an *in personam* relief against the debtor.

Done and Ordered on September 18, 2009.



ARTHUR B. BRISKMAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

DOUGLAS C. ZAHM, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

ALEJANDRO CACERES
2301 7TH ST
SAINT CLOUD, FL 34769

LUZ MARIE CACERES
2301 7TH ST
SAINT CLOUD, FL 34769

STUART FERDERER, ESQUIRE
PO BOX 532057
ORLANDO, FL 32853

CH 7 TRUSTEE
ROBERT E. THOMAS
PO BOX 5075
WINTER PARK, FL 32793

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD.,#620
ORLANDO, FL 32801