[6237ord1] [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No. 6:09−bk−07831−ABB
                                                                                            Chapter 7

Alejandro Caceres
2301 7th Street
Saint Cloud, FL 34769

Luz Marie Caceres
2301 7th Street
Saint Cloud, FL 34769

_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Robert E Thomas, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.

   DONE AND ORDERED on September 29, 2009 .

                                                                        _____
                                                                        Arthur B. Briskman
                                                                        United States Bankruptcy Judge